**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 4, 2011 |
| Court Reporter: Janet Coppock | Time: 49 minutes |
| Probation Officer: Kurt Thoene | Interpreter: Adriana Weisz |

**CASE NO.  09-CR-00056-PAB-01**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kasandra Carleton |
| | MJ Menendez |
| | Special Agent Beth Boggess |
| Plaintiff, | Aurora P.D. Michael Prince |
| vs. | |
| **1.  JOSE GARCIA SANCHEZ,** | Kathryn Stimson |
| Defendant. | |

**SENTENCING**

**1:34 p.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
09-CR-00056-PAB-01
November 4, 2011

Argument by Ms. Carleton in support of the Government's Motion for Variant Sentence and comments addressing sentencing.  Questions by the Court.

Argument by Ms. Stimson in support of the defendant's Motion for Non-Guideline Sentence of 180 Months and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Variant Sentence (Doc #711), filed 6/9/11 is **DENIED.**

**ORDERED:** Defendant's Motion for Non-Guideline Sentence of 180 Months (Doc #866), filed 11/1/11 is **DENIED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **February 4, 2011** to count **One of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **360** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) If the defendant is not released to the custody of the Immigration Customs Enforcement, within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.

Page Three
09-CR-00056-PAB-01
November 4, 2011

- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the defendant will likely be deported.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.
- (**X**) The **special assessment/restitution/fine** obligations are due immediately. Any unpaid balances upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at lease 10 percent of the defendant's gross monthly wages.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant shall forfeit his interest in the following property to the United States: **$3,300.00 currency** seized on March 14, 2008 from 1384 Jamaica Street, Aurora, Colorado.

**ORDERED:** Government's Motion to Dismiss Counts (Doc # 713), filed 6/9/11 is **GRANTED**.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Four
09-CR-00056-PAB-01
November 4, 2011

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**2:23 p.m.**     **COURT IN RECESS**

**Hearing concluded**              **Total in court time:     49 minutes**