IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00056-PAB-1

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JOSE GARCIA-SANCHEZ,

     Defendant.

---

## ORDER

---

     This matter is before the Court on the United States' Motion to Dismiss Counts [Docket No. 713].  The Court has reviewed the pleading and is fully advised in the premises.  It is

     ORDERED that the Motion to Dismiss Counts [Docket No. 713] is granted. Counts Two, Three, Five, Thirteen, Fourteen, Fifteen, Seventeen, Eighteen, Nineteen, Twenty-One, and Twenty-Two of the Indictment are dismissed as to defendant Jose Garcia-Sanchez.

     DATED November____4____, 2011.

                          BY THE COURT:

                          _____

                          PHILIP A. BRIMMER
                          United States District Judge