**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00056-PAB
Civil Action No. 13-cv-01581-PAB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1. JOSE GARCIA-SANCHEZ,

    Defendant-Movant.

---

**FINAL JUDGMENT**

---

    In accordance with the Order Denying 28 U.S.C. §2255 Motion [Docket No. 1077] entered by United States District Judge Philip A. Brimmer on December 8, 2014, the following Judgment is hereby entered. It is

    ORDERED that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Docket No. 1026] is denied. It is further

    ORDERED that, pursuant to 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is denied. It is further

    ORDERED that Civil Action No. 13-cv-01581-PAB is terminated.

    Dated at Denver, Colorado this 9th day of December, 2014.

                                               FOR THE COURT:
                                               JEFFREY P. COLWELL, CLERK

                                    By:  s/   Jennifer Hawkins
                                                 Deputy Clerk